IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRECEK AND YOUNG ADVISORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3003 |
| V. | ) ) | |
| SYNDICATE 2003, LLOYD'S OF LONDON, and CATLIN SPECIALTY INSURANCE COMPANY, INC., | ) ) ) ) | ORDER |
| Defendants. | ) | |

The parties participated in a telephonic conference with the undersigned to discuss the further progression of this case, and reached an agreement on an amended progression schedule. Accordingly,

IT IS ORDERED:

1) The deadline for designation of expert witnesses and reports is April 17, 2012. Rebuttal expert witnesses will be disclosed by May 15, 2012.

2) The deadline for expert depositions is June 7, 2012.

3) The deadline for non-expert discovery and depositions is March 27 2012.

4) The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on Daubert and related grounds is July 6, 2012.

5) The Pretrial Conference is scheduled before the undersigned magistrate judge on July 20, 2012 at 9:00 a.m. and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m.

on July 19, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

6) The jury trial of this case is set to commence on October 15, 2012 before Senior Judge Warren K. Urbom, with a conference with counsel in chambers, Room 507, beginning at 8:30 a.m. No more than ten days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 1st day of November, 2011.

                                      BY THE COURT:

                                      *S/ Cheryl R. Zwart*
                                      United States Magistrate Judge