IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRECEK AND YOUNG ADVISORS, INC., | No. 4:11-CV-3003 |
| Plaintiff, | |
| v. | **ORDER** |
| SYNDICATE 2003, LLOYD'S OF LONDON and CATLIN SPECIALTY INSURANCE COMPANY, INC., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to withdraw the appearance of Darin L. Whitmer, one of the lawyers from Cline Williams Wright Johnson & Oldfather, L.L.P. who have appeared on Plaintiff's behalf. Filing No. 45. Upon counsel's representations that Mr. Whitmer has left Cline Williams, but that through the other counsel of record, Cline Williams continues to represent Plaintiff, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that Mr. Whitmer's appearance is hereby deemed withdrawn; Mr. Whitmer is relieved of his duties to this Court in this matter effective immediately.

IT IS FURTHER ORDERED that the Clerk shall terminate further ECF notices to Mr. Whitmer.

Dated this 9th day of January, 2012.

*s/ Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge

4820-9097-8062, v. 1