IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRECEK AND YOUNG ADVISORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3003 |
| v. | ) ) | |
| SYNDICATE 2003, LLOYD'S OF LONDON, and CATLIN SPECIALTY INSURANCE COMPANY, INC., | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) ) | |

Plaintiff Brecek and Young Advisors, Inc. has moved to file an amended complaint. (Filing no. 47). The defendants have not responded to the motion, and the response deadline has passed. The motion to amend is therefore deemed unopposed.

Accordingly,

IT IS ORDERED:

1) The plaintiff's motion to file an amended complaint, (filing no. 47), is granted.

2) The plaintiff's amended complaint, a copy of which is attached to its motion, shall be filed on or before February 21, 2012.

DATED this 13th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge