IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRECEK AND YOUNG ADVISORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3003 |
| v. | ) ) ) | |
| SYNDICATE 2003, LLOYD'S OF LONDON, and CATLIN SPECIALTY INSURANCE COMPANY, INC., | ) ) ) ) | AMENDED PROGRESSION ORDER |
| Defendants. | ) ) | |

Pursuant to the Stipulation and Joint Motion to Extend Progression Order Deadlines (Filing 55),

IT IS ORDERED:

1) The deadline for designation of expert witnesses and reports is October 15, 2012. Rebuttal expert witnesses will be disclosed by November 14, 2012.

2) The deadline for non-expert discovery and depositions is September 24, 2012. The deadline for expert depositions is December 4, 2012. Motions to compel discovery shall be filed at least 15 days prior to the discovery and deposition deadline.

3) The deadline for filing motions to dismiss, motions for summary judgement or motions to exclude expert testimony on *Daubert* and related grounds is January 4, 2013.

4) The Pretrial Conference is scheduled before the undersigned Magistrate Judge on April 4, 2013 at 10:00 a.m. and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m.

      on April 3, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

5)     The jury trial of this case is set to commence on April 15, 2013 at 9:00 a.m. before Senior Judge Warren K. Urbom, with a conference with counsel in chambers, Room 507, beginning at 8:30 a.m. No more than ten days are allocated to the trial of this case and counsel shall plan accordingly.

DATED this 23rd day of March, 2012.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge