IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRECEK AND YOUNG ADVISORS, INC., | ) ) ) | 4:11CV3003 |
| Plaintiff, | ) ) | ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S |
| v. | ) ) | MOTION FOR SUMMARY JUDGMENT |
| SYNDICATE 2003, LLOYD'S OF LONDON, and CATLIN SPECIALTY INSURANCE COMPANY, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

The defendants have moved for an order extending by 30 days the deadline for them to respond to the plaintiff's motion for summary judgment and provided reasons for the request. (ECF No. 70). The motion alleges that the plaintiff has agreed to a 21-day extension. Trial is scheduled to begin on April 15, 2013, in approximately 265 days. The nine-day difference between the defendants' requested extension and the plaintiff's agreed-to 21-day extension does not appear to adversely impact the start of the trial.

IT THEREFORE IS ORDERED that:

1. the Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, ECF No. 70, is granted;

2. the defendants shall on or before August 27, 2012, file and serve its response brief and index of evidence to plaintiff's motion for summary judgment; and

3. the plaintiff may file and serve its reply brief and index of evidence within 7 days after the defendants' files and serves its opposing brief.

Dated July 24, 2012.

BY THE COURT

*/s/ Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge