IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRECEK AND YOUNG ADVISORS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SYNDICATE 2003, LLOYD'S OF LONDON, CATLIN SPECIALTY INSURANCE COMPANY, INC.,<br><br>　　　　　Defendants. | 4:11CV3003<br><br>MEMORANDUM AND ORDER |

Upon Plaintiff's motion (filing no. 66), the parties participated in a status conference on August 6, 2012 to discuss discovery and the further progression of this case. After conferring with the parties, and with their agreement,

IT IS ORDERED:

1) Defendants' production of Electronically Stored Information ("ESI") shall be completed on or before August 31, 2012.

2) The parties shall create and exchange privilege logs on or before September 28, 2012.

3) On or before October 19, 2012, the parties shall meet, confer, and attempt in good faith to resolve any issues regarding the production of documents listed in the privilege logs.

4) A telephonic status conference to discuss any remaining discovery issues, whether and when a settlement conference should be scheduled in this case and, as appropriate, further case progression will be held before the undersigned on October 29, 2012 at 10:00 a.m. Counsel for the plaintiff shall initiate the call.

5) The amended progression order (filing no. 56) is vacated.

Dated this 6th day of August, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge