IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRECEK AND YOUNG ADVISORS, INC., <br>               Plaintiff, <br> v. <br><br> SYNDICATE 2003, LLOYD'S OF LONDON and CATLIN SPECIALTY INSURANCE COMPANY, INC., <br><br>               Defendants. | Case No. 4:11-cv-3003 <br><br> **ORDER ON MOTION FOR EXTENSION OF TIME** |

    Defendants Syndicate 2003, Lloyd's of London and Catlin Specialty Insurance Company, Inc., have moved the Court for a further extension of time within which to respond to Plaintiff's motion for partial summary judgment.  (Filing 75.)  Plaintiff's counsel has agreed to the requested extension.  Having considered the Defendants' motion, I find that it should be granted.

    WHEREFORE, IT IS HEREBY ORDERED that the Defendants' motion is GRANTED. IT IS FURTHER ORDERED that the Defendants may file and serve their response to the pending motion for partial summary judgment on or before Wednesday, September 5, 2012.

    Dated this 20th day of August, 2012.

                                                                                                            */s/ Warren K. Urbom*

                                                                            United States Senior District Judge

446075 v.3