IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRECEK AND YOUNG ADVISORS, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>SYNDICATE 2003, LLOYD'S OF LONDON, CATLIN SPECIALTY INSURANCE COMPANY, INC.,<br><br>           Defendants. | 4:11CV3003<br><br>**ORDER OF DISMISSAL** |

      IT IS ORDERED that pursuant to the Stipulation for Dismissal with Prejudice, ECF No. 91, this action, including all claims, counterclaims and requests for relief of any kind pleaded or made in this action, is dismissed with prejudice.

      Dated April 1, 2013.

BY THE COURT:

_/s/ Warren K. Urbom_
Warren K. Urbom
United States Senior District Court